Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation, <br><br> Plaintiff, <br><br> v. <br><br> STYLES FOR LESS, INC., a California Corporation; MARSONS INTERNATIONAL, INC., a California Corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.: <br><br> **PLAINTIFF'S COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> Jury Trial Demanded |

Star Fabrics, Inc., by and through its undersigned attorneys, hereby prays to this honorable Court for relief based on the following:

## JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

1
COMPLAINT

1    2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and

2    1338 (a) and (b).

3    3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

4    1400(a) in that this is the judicial district in which a substantial part of the acts and

5    omissions giving rise to the claims occurred.

6    **PARTIES**

7    4. Plaintiff STAR FABRICS, INC. is a corporation organized and existing

8    under the laws of the State of California with its principal place of business located

9    at 1440 East Walnut Street, Los Angeles, California 90011.

10   5. Plaintiff is informed and believes and thereon alleges that Defendant

11   STYLES FOR LESS, INC. ("STYLES") is a corporation organized and existing

12   under the laws of the state of California, with its principal place of business located

13   at 1205 N. Miller Street Anaheim, CA 92806, and is doing business in and with the

14   state of California.

15   6. Plaintiff is informed and believes and thereon alleges that Defendant

16   MARSONS INTERNATIONAL, INC. ("MARSONS") is a corporation organized

17   and existing under the laws of the state of California, with its principal place of

18   business located at 1522 N. Knowles Ave. Los Angeles, CA 90063, and is doing

19   business in and with the state of California.

20   7. Plaintiff is informed and believes and thereon alleges that Defendants

21   DOES 1 through 10, inclusive, are other parties not yet identified who have infringed

22   Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights,

23   or have engaged in one or more of the wrongful practices alleged herein. The true

24   names, whether corporate, individual or otherwise, of Defendants 1 through 10,

25   inclusive, are presently unknown to Plaintiff, which therefore sues said Defendants

26   by such fictitious names, and will seek leave to amend this Complaint to show their

27   true names and capacities when same have been ascertained.

28
2<br>COMPLAINT

8.   Plaintiff is informed and believes and thereon alleges that at all times relevant hereto each of the Defendants was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Plaintiff's rights and the damages to Plaintiff proximately caused thereby.

## CLAIMS RELATED TO DESIGN NO. 64893

9.   Plaintiff owns an original two-dimensional artwork used for purposes of textile printing entitled 64893 ("Subject Design") which has been registered with the United States Copyright Office.

10. Prior to the acts complained of herein, Plaintiff widely disseminated fabric bearing Subject Design to numerous parties in the fashion and apparel industries.

11. Plaintiff is informed and believes and thereon alleges that following its distribution of Subject Design, MARSONS, STYLES, DOE Defendants, and each of them distributed and/or sold fabric and/or garments featuring a design which is substantially similar to Subject Design (hereinafter "Subject Product") without Plaintiff's authorization, including but not limited to products sold by STYLES under SKU 411000137762 and bearing the label "Rachel & Chloe" and RN 127981, indicating that it was manufactured by or for MARSONS.

12. An image of Subject Design and an exemplar of Subject Product are set forth hereinbelow:

3
COMPLAINT

| **Subject Design** | **Subject Product** |
|---|---|
|  |  |

## FIRST CLAIM FOR RELIEF

(For Copyright Infringement - Against All Defendants, and Each)

13. Plaintiff repeats, realleges and incorporates herein by reference as though fully set forth the allegations contained in the preceding paragraphs of this Complaint.

14. Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, had access to the Subject Design, including, without limitation, through (a) access to Plaintiff's showroom and/or design library; (b) access to illegally distributed copies of Subject Designs by third-party vendors and/or DOE Defendants, including without limitation international and/or overseas converters and printing mills; (c) access to Plaintiff's strike-offs and samples, and (d) access to garments in the marketplace manufactured with lawfully printed fabric bearing Subject Designs.

15. Plaintiff is informed and believes and thereon alleges that one or more of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is further informed and believes and thereon alleges that said Defendant(s), and each of them, has an ongoing business relationship with Defendant retailers, and each of

1  them, and supplied garments to said retailers, which garments infringed Subject

2  Designs in that said garments were composed of fabric which featured unauthorized

3  print designs that were identical or substantially similar to Subject Designs, or were

4  an illegal modification thereof.

5         16. Plaintiff is informed and believes and thereon alleges that Defendants, and

6  each of them, infringed Plaintiff's copyright by creating, making and/or developing

7  directly infringing and/or derivative works from Subject Designs and by producing,

8  distributing and/or selling Subject Products through a nationwide network of retail

9  stores, catalogues, and through on-line websites.

10        17. Due to Defendants', and each of their, acts of infringement, Plaintiff has

11  suffered damages in an amount to be established at trial.

12        18. Due to Defendants', and each of their, acts of copyright infringement as

13  alleged herein, Defendants, and each of them, have obtained profits they would not

14  otherwise have realized but for their infringement of Subject Designs. As such,

15  Plaintiff is entitled to disgorgement of Defendants', and each of their, profits

16  attributable to the infringement of Subject Designs in an amount to be established at

17  trial.

18        19. Plaintiff is informed and believes and thereon alleges that Defendants, and

19  each of them, have committed copyright infringement with actual or constructive

20  knowledge of Plaintiff's rights such that said acts of copyright infringement were,

21  and continue to be, willful, intentional and malicious.

22                        **PRAYER FOR RELIEF**

23        Wherefore, Plaintiff prays for judgment as follows:

24        a.  That Defendants—each of them—and their respective agents and

25            servants be enjoined from importing, manufacturing, distributing,

26            offering for sale, selling or otherwise trafficking in any product that

27            infringes Plaintiff's copyrights in Subject Designs;

28

COMPLAINT

1

2

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

3

4

5

6

c. That Plaintiff be awarded its attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

7

d. That Plaintiff be awarded pre-judgment interest as allowed by law;

8

e. That Plaintiff be awarded the costs of this action; and

9

10

f. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

11

12

13

Plaintiff demands a jury trial on all issues so triable pursuant to Fed. R. Civ. P. 38 and the 7th Amendment to the United States Constitution.

14

15

Dated:                              DONIGER/BURROUGHS

16

17

By:    /s/ Stephen M. Doniger
       Stephen M. Doniger, Esq.
       Howard S. Han, Esq.
       Attorneys for Plaintiff

18

19

20

21

22

23

24

25

26

27

28

6
COMPLAINT